B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re James E. Ryerson_____,          Case No.  19-13626-pmm_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT_____
Name of Transferee

Name and Address where notices to transferee should be sent:
    Rushmore Loan Management Services
    P.O. Box 55004, Irvine, CA 92619-2708

Phone:  888-504-6700_____
Last Four Digits of Acct #:  ____8760____

Name and Address where transferee payments should be sent (if different from above):
    Rushmore Loan Management Services
    P.O. Box 52708, Irvine, CA 92619-2708

Phone:  888-504-6700_____
Last Four Digits of Acct #:_____

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT
Name of Transferor

Court Claim # (if known):  ____3____
Amount of Claim:  ____$86,333.60____
Date Claim Filed:  ____07/18/2019____

Phone:  888-504-6700_____
Last Four Digits of Acct. #:  ____8760____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves, Esq.___          Date: 05/12/2021_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.